IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DOUGLAS STERNIG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:16-cv-01152 |
| | § | |
| ALLSTATE TEXAS LLOYD'S, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING AGREED MOTION TO REMAND

After considering the Agreed Motion for Remand Based on Stipulation of Damages, the Response, and the Notice of Removal, the Court

FINDS that the Agreed Motion for Remand Based on Stipulation of Damages is meritorious and this case should be REMANDED to State Court for further proceedings.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this case be REMANDED to the 225th Judicial District Court of Bexar County, Texas.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO CONTENT:

/s/Thomas C. Mayo
Thomas C. Mayo
State Bar No. 24032703
6430 Wellington Place
Beaumont, TX 77706
Telephone:   409-781-4114
Fax:         409-242-5544
thomas@themayolawfirm.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Vanessa A. Rosa
Vanessa A. Rosa
State Bar No. 24081769
Roger D. Higgins
State Bar No. 09601500
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:   (214) 871-8200
Fax:         (214) 871-8209
vrosa@thompsoncoe.com
rhiggins@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S, INC.**